IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| WELLS FARGO BANK, National Association, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Civil Action No. 10-0440-CG-C |
|  | ) |  |
| CENERLINE, INC., an Alabama Corporation; ANGELA M. GREEN, an Individual; and WILLIAM P. GREEN, an individual, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**DEFAULT JUDGMENT**

This matter is before the court on the plaintiffs' motion for default judgment with supporting evidence and declaration of Steven B. Smith (Doc. 10).

Upon due consideration, said motion is **GRANTED in part**.

Default having been entered against defendants, Angela M. Green and William P. Green, for failure to appear or otherwise defend against the plaintiff's complaint and the plaintiffs having represented by way of affidavit that said defendants are not infants or incompetent, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that default judgment is entered in favor of plaintiffs, Wells Fargo Bank, against Angela M. Green and William P. Green, and damages are awarded in the amount of $2,473.386.36 as set forth in the declaration of Steven B. Smith. Said amount consists of the following outstanding indebtedness:

The Loan I Notes: Outstanding indebtedness due under Notes I & II - $1,064.278.16 (Note I - $71,011.84 in principal, $2,077.10 in accured interest, and $81.20 in late fees); (Note II - $924,755.73 principal, $74,115.70 accured interest, and $3,261.58 late fees);

The Loan II Note: Outstanding indebtedness due under Loan II Note - $387,333.15 ($359,703.23 principal, $27,522.19 accrued interest, and $107.63 in late fees);

<u>The Loan II Note</u>:  Outstanding indebtedness due under Loan II Note - $1,021,775.05 ($983,207.75 principal, $36,436.57 accrued interest, and $2,130.73 in late fees).

Post judgment interest is awarded at the rate of 0.26% pursuant to 28 U.S.C. § 1961.  Costs are to be taxed against defendants Angela M. Green and William P. Green.

The plaintiff is directed to file a motion for attorneys' fees that complies with Local Rule 54.3.

**DONE and ORDERED** this 13th day of October, 2010.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE