IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, National Association, ) ) ) Plaintiff, ) ) v. ) ) CENERLINE, INC., an Alabama ) Corporation; ANGELA M. GREEN, an ) Individual; and WILLIAM P. GREEN, ) an individual, ) ) Defendants. ) | Civil Action No. 10-0440-CG-C |

**ORDER**

This matter is before the court on the plaintiff's suggestion of bankruptcy (Doc. 11), in which the plaintiff represents that defendant Centerline, Inc. filed a petition for relief under Chapter 11 of United States Code Title 11 in the United State Bankruptcy Court for the Southern District of Alabama on August 29, 2010, Bankuptcy Case No. 10-03991.

Pursuant to 11 U.S.C. § 362, the filing of a bankruptcy petition operates as a stay of an action. Accordingly, this action is **STAYED** as to Centerline, Inc.

Default judgment having been entered against the remaining defendants this date, this action is placed on the court's administrative docket.

Plaintiff is **ORDERED** to notify the court within thirty (30) days of the resolution of the bankruptcy proceedings or lift of stay, whichever occurs first, as to Centerline, Inc.

**DONE and ORDERED** this 13th day of October, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE