# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, National Association, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 10-0440-CG-C ) |
| CENTERLINE, INC., an Alabama Corporation; ANGELA M. GREEN, an Individual; and WILLIAM P. GREEN, an individual, | ) ) ) ) ) |
| Defendants. | ) |

## AMENDED DEFAULT JUDGMENT[1]

This matter is before the court on the plaintiffs' motion for default judgment with supporting evidence and declaration of Steven B. Smith (Doc. 10).

Upon due consideration, said motion is **GRANTED** in part.

Default having been entered against defendants, Angela M. Green and William P. Green, for failure to appear or otherwise defend against the plaintiff's complaint and the plaintiffs having represented by way of affidavit that said defendants are not infants or incompetent, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that default judgment is entered in favor of plaintiffs, Wells Fargo Bank, against Angela M. Green and William P. Green, and damages are awarded in the amount of $2,473,386.36 as set forth in the declaration of Steven B. Smith. Said amount consists of the following outstanding indebtedness:

The Loan I Notes: Outstanding indebtedness due under Notes I & II - $1,064,278.16[2]

---

1 The amount of damages stated in the original default judgment (Doc. 13) was incorectly listed as "$2,473.386.36," with a period between the two 3s instead of a comman. This amended default judgment is issued, nunc pro tunc, solely to correct that typographical error.

2 The amount stated in the original default judgment (Doc. 13) was incorectly listed as "$1,064.278.16.", with a period between the 4 and the 2 instead of a comma.

(Note I - $71,011.84 in principal, $2,077.10 in accured interest, and $81.20 in late fees);
(Note II - $924,755.73 principal, $74,115.70 accured interest, and $3,261.58 late fees);

<u>The Loan II Note</u>: Outstanding indebtedness due under Loan II Note - $387,333.15 ($359,703.23 principal, $27,522.19 accrued interest, and $107.63 in late fees);

<u>The Loan III Note</u>: Outstanding indebtedness due under Loan II Note - $1,021,775.05 ($983,207.75 principal, $36,436.57 accrued interest, and $2,130.73 in late fees).

Post judgment interest is awarded at the rate of 0.26% pursuant to 28 U.S.C. § 1961. Costs are to be taxed against defendants Angela M. Green and William P. Green.

**DONE and ORDERED** this 16th day of November, 2010.

                                        /s/ Callie V. S. Granade
                                  CHIEF UNITED STATES DISTRICT JUDGE